IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PAUL PARSHALL, Individually and On Behalf of All Others Similarly Situated, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | C.A. No. 18-218 (LPS) |
| FIRST BANCTRUST CORPORATION, JACK R. FRANKLIN, JAMES D. MOTLEY, DAVID W. DICK, VICK N. BOWYER, JOHN P. GRAHAM, TERRY T. HUTCHISON, JOSEPH R. SCHROEDER, MATTHEW A. CARR, JOHN W. WELBORN, HANS L. GROTELUESCHEN, FIRST MID-ILLINOIS BANCSHARES, INC., PROJECT HAWKS MERGER SUB LLC, | ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## STIPULATION AND [PROPOSED] ORDER TO VOLUNTARILY DISMISS

WHEREAS, on February 6, 2018, plaintiff Paul Parshall ("Plaintiff") filed the above-caption action (the "Action") against First BancTrust Corporation, Jack R. Franklin, James D. Motley, David W. Dick, Vick N. Bowyer, John P. Graham, Terry T. Hutchison, Joseph R. Schroeder, Matthew A. Carr, John W. Welborn, Hans L. Grotelueschen, First Mid-Illinois Bancshares, Inc., and Project Hawks Merger Sub LLC ("Defendants") alleging violations of the Securities Exchange Act of 1934;

WHEREAS, the Defendants deny any violation of the Securities Exchange Act of 1934;

WHEREAS, recognizing the risk and uncertainty of litigation, the parties have agreed on a form of supplemental disclosures to resolve this dispute; and

WHEREAS, no class has been certified in the Action.

IT IS HEREBY STIPULATED, subject to approval by the Court, by and between the parties, through their designated counsel, as follows:

1.      The Action is dismissed, and all claims asserted therein are dismissed with prejudice as to Plaintiff only, with each party to bear its own costs.  All claims on behalf of the putative class of First BancTrust Corporation stockholders are dismissed without prejudice.

2.      Because the dismissal is with prejudice as to Plaintiff only, and not on behalf of a putative class, notice of this dismissal is not required.

3.      The Court retains jurisdiction solely to consider an application by Plaintiff's counsel for an award of attorneys' fees.

4.      Nothing contained in this Stipulation or the supplemental disclosures referenced herein shall constitute a waiver or otherwise prejudice Defendants' rights to challenge any and all applications by Plaintiff's counsel for an award of attorneys' fees and expenses related to the Action (the "Fee Application").

5.      If the parties reach an agreement concerning the Fee Application, they will notify the Court.  Upon such notification, the Court will close the Action.

Dated: March 16, 2018                   RIGRODSKY & LONG, P.A.


                                        By  */s/ Seth R. Rigrodsky*
                                            Seth R. Rigrodsky
                                            Gina M. Serra
                                            300 Delaware Ave., Suite 1220
                                            Wilmington, DE 19801
                                            Tel: (302)-295-5310
                                            Email: srr@rl-legal.com
                                            Email: gms@rl-legal.com

                                            *Attorneys for Plaintiff Paul Parshall*


Dated: March 16, 2018                   MARSHALL DENNEHEY WARNER
                                         COLEMAN & GOGGIN


OF COUNSEL:
Gregory W. Fox
2000 Market St., Suite 2300             By  */s/ Art C. Aranilla*
Philadelphia, PA 19103                      Art C. Aranilla  (#4516)
Tel: (215) 575-2827                         1007 N. Orange St., Suite 600
Email: gwfox@mdwcg.com                      Tel: (302) 552-4354
                                            Wilmington, DE 19899
                                            Email: acaranilla@mdwcg.com

                                            *Attorneys for First BancTrust Corporation, Jack R.*
                                            *Franklin, James D. Motley, David W. Dick, Vick N.*
                                            *Bowyer, John P. Graham, Terry T. Hutchison,*
                                            *Joseph R. Schroeder, Matthew A. Carr, John W.*
                                            *Welborn, Hans L. Grotelueschen*

Dated: March 16, 2018                   MORRIS, NICHOLS, ARSHT & TUNNELL LLP


OF COUNSEL:
Antony S. Burt                          By  */s/ S. Mark Hurd*
Schiff Hardin LLP                           S. Mark Hurd  (#3297)
233 South Wacker Drive, Suite 7100          Coleen W. Hill  (#6287)
Chicago, IL 60606                           1201 North Market Street, 16th Floor
Tel: (312) 258-5500                         Wilmington, DE 19899
Email: aburt@schiffhardin.com               Tel: (302) 658-9200
                                            Email: shurd@mnat.com
                                            Email: chill@mnat.com

                                            *Attorneys for First Mid-Illinois Bancshares, Inc.*
                                            *and Project Hawks Merger Sub, LLC*

IT IS SO ORDERED this _____ day of _____, 2018.

_____
UNITED STATES DISTRICT JUDGE